# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                  CASE NO.  3: 02cr93 LAC

RODERICK MCKINNON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on      MARCH 19, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE    on 3/17/2008    Doc.# 141

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                                                      Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 1st day of April, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) The defendant was sentenced as a career criminal.  The defendant is not eligible for relief pursuant to Amendment 706 to the Sentencing Guidelines due to the fact his total offense level remains at 34 pursuant to the Career Offender Provision §4B1.1(b)(A).*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.